*chuck,* Assistant District Attorney, and *Richard B. Russell,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Davis, Appellant.

Submitted September 11, 1972. *Lee Mandell* and *Charleston & Fenerty,* for appellant; *Jeffrey Philip Paul* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Davis, Appellant.

Submitted September 11, 1972. *David Zwanetz,* for appellant; *James Garrett* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Dianna, Appellant.